*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★



★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00735-CV

## IN RE AMERICAN HOME ASSURANCE CO., BROADSPIRE SERVICES INC., and Tammy **BINGHAM**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
            Phylis J. Speedlin, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  October 27, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On October 15, 2010, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-15666, styled *Armando Almendarez v. American Home Assurance Company, et al.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldaña presiding. However, the order complained of was signed by the Honorable Michael Peden, presiding judge of the 285th Judicial District Court, Bexar County, Texas.